RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

NO: 11-13-00244-CR

(Eleventh Court of Appeals; Eastland, TX.)

(Trial Court No: CR 13896; Erath County)

IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

MORRIS LANDON JOHNSON II
(Appellant) - PRO SE
V.
THE STATE OF TEXAS
(Appellee)

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Morris Landon Johnson II, Appellant in the above mentioned cause and asks the court to grant an extension of time to file a petition for discretionary review of 60 (sixty) days, pursuant to rule 68.2(c) of the Texas Rules of Appellate Procedure for the following reasons:

① This case was on appeal in the Eleventh District Court of Appeals; Eastland, Texas.

② Judgement was made on August 6th 2015.

③ The case was styled and numbered as mentioned above.

④ Appellant was not notified of the Courts decision by his appeal counsel until August 21st, 2015.

⑤ Appellants Appeal counsel notified him that he will not represent him in the petition for discretionary review

⑥ Appellant is a "Pro-Se" litigant with no knowledge of legal procedure and/or policies; having to solely rely upon TDCJ Coffield Unit law library for all materials needed concerning procedure Policy and research and should not be held to the stringinent standards of a licensed practicing attorney.

⑦ Appellant has limited access to Courts (law library time) due to overcrowded facility, shortage of staff, and on-off rolling security lockdowns.

⑧ this case was originally a state Jail Felony enhanced to a 3rd (Third) degree felony where Appellants was sentenced to 10 (ten) years of Confinement.

⑨ Appellant is currently incarcerated.

⑩ Appellant requires additional time to sufficently analize appellate briefs and legal research in order to effectively prepare a meaningful petition in this case

⑪ Petitioners ~~Review is~~ discretionary review is presently due on September 6th 2015

⑫ Appellant respectfully request an extension of time of 60 (sixty) days from the present due date of September 6th, 2015.

⑬ No motion for rehearing or "en banc" consideration was filed in this case.

Wherefore premisis considered, petitioner prays that the court grant this motion for extension of time to file a petition for discretionary review, and for such

offer further relief as the court deem appropiate.

Respectfully Submitted,
Morris Landon Johnson II
TDCJ NO. # 1877943
Coffield Unit
2661 FM. 2054
Tennessee Colony, Texas 75884

ABEL ACOSTA - CLERK
Court of Criminal Appeals
P.O. Box 12308 - Capitol Station
Austin, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk

Style : Morris Landon Johnson II

v

The State of Texas
   NO. 11-13-00244-CR ; Eleventh Court of Appeals ; Eastland, TX.

RE: Extension of time to file P.D.R. (Pro Se)

Dear Clerk,
        Please find enclosed one original copy of Appellants Motion for extension of time to file Petition for descretionary review in reference to the above mentioned case. Please file accordingly and submit to the court ASAP. Also Please notify the Appellant at the following Address of any rulings and/or determinations made by the court in this case.
        Finally, Appellant also respectfully request the clerk/court suspend the rules requiring copies of motions etc be included in accordance with Rule #2 of the Tex. Rules of App. Proc. Appellant is an indigent inmate in TDCJ, a Pro Se Appellant and has no access to a copy machine.      Thank You

                                  Morris Landon Johnson II
                          TDC # 1877943 ; Coffield Unit
                              2661 F.M. 2054
                        Tennessee Colony, TX. 75884